# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLYNE R. ALFRED

VERSUS

JOSEPH J. TRAPP, USAGENCIES
CASUALTY INSURANCE COMPANY
AND STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

NO.  2020 CW 1055

JANUARY 13, 2021

---

In Re:    Charlyne R. Alfred, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 200812051.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The October 7, 2020 judgment denying relator's motion for summary judgment contains a certification by the trial court pursuant to La. Code Civ. P. art. 1915(B). Therefore, this matter is remanded to the trial court with instructions to grant relator, Charlyne R. Alfred, an appeal from the October 7, 2020 judgment pursuant to the September 11, 2020 Notice of Intent to Apply for Supervisory Writ.  See **In Re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam).  In the event relator seeks to appeal, she shall submit a new order for appeal to the trial court within 15 days of this order. A copy of this order is to be included in the appellate record.

JMG
WIL

**Holdridge, J.,** dissents and would deny the writ. The parties should agree to a separate trial on the issue of insurance coverage to be decided by the court alone in accordance with La. Code Civ. P. art. 1562.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT